■ CITY OF NIAGARA FALLS, Respondent, v PAUL M. RUDOLPH et al., Defendants, and ALBERT ELIA BUILDING COMPANY, INC., Appellant. (And a Third-Party Action.) — Order unanimously affirmed, with costs. Memorandum: Under all of the circumstances we cannot say that it was an abuse of discretion to stay the execution of summary judgment granted to defendant in its third counterclaim pending a determination of plaintiff's action against defendant (see *Marine Midland Bank v Stukey*, 55 NY2d 633). (Appeal from order of Supreme Court, Niagara County, Ostrowski, J. — partial summary judgment.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.